**MILBER MAKRIS PLOUSADIS**
  **& SEIDEN, LLP**
218 Route 17 North, Suite 502
Rochelle Park, New Jersey 07662
(201) 773-7000
*Attorneys for Third-Party Defendants Robert Bernstein and*
*Advanced Building Design Corp.*
File No.: 11-6655

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK)

---------------------------------------------------------X
SAM NAEMIT, SAM'S SERVICE CENTER,    Civil Action No.: 2:09-CV-00631

        Plaintiff,

  -against-

ESTATE OF AUGUST C. LOZANO, AUGUST C.
LOZANO, P.E., P.P., INC, JOHN DOE, ET AL.,

        Defendants.
----------------------------------------------------------X
ESTATE OF AUGUST C. LOZANO AND AUGUST    **STIPULATION OF DISMISSAL**
C. LOZANO, P.E., P.P, INC.,                                   **WITH PREJUDICE**

        Defendants/
        Third-Party, Plaintiffs,

  -against-

ROBERT BERNSTEIN AND ADVANCED
BUILDING DESIGN CORPORATION,

        Third-party Defendants.
----------------------------------------------------------X

      It is hereby stipulated and agreed that the third-party action commenced by Defendant/Third-Party Plaintiffs, Estate of August C. Lozano and August C. Lozano, P.E., P.P., Inc., against Third-Party Defendants, Robert Bernstein and Advanced Building Design

Corporation, be and the same hereby is dismissed with prejudice and without any costs against any party.

**DAVIDSON, SOCHOR, RAGSDALE & COHEN, LLC.**

By: _____  Date: Nov. 16, 2010
    Richard A. Ragsdale, Esq.
    *Attorneys for Defendants/Third-Party Plaintiffs*
    *Estate of August C. Lozano and August C. Lozano,*
    *P.E., P.P., Inc.*

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

By: _____  Date: Nov 16, 2010
    Robyn S. Rubin, Esq.
    *Attorneys for Third-Party Defendants Robert*
    *Bernstein and Advanced Building Design Corporation*

3