# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

December 2, 2011

**TO: ALL COUNSEL ON DOCKET**

### LETTER ORDER

Re:   <u>Naemit v. Lozano, et al.</u>
      <u>Civil Action No. 09-631 (WHW)</u>

Dear Counsel:

This case has been reassigned to me for case management. Each party is to deliver to the court a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, status of discovery, and the client's position on settlement by **December 15, 2011**.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
      Hon. William H. Walls, U.S.D.J.
      All Parties
      File